IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:23-cv-00163-M-KS

| | |
|---|---|
| MARK BAYSDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the Plaintiff's Unopposed Motion to Appear Pursuant to Local Civil Rule 83.1(e) ("Special Appearance") [DE 4]. In light of the Order filed in the case styled, In re: Camp Lejeune Water Litigation, No. 7:23-CV-00897-RJ ("Master Docket Order") [DE 1], the Plaintiff's motion is DENIED WITHOUT PREJUDICE. To the extent that Zina Bash and Warren Postman seek to appear in this case, they shall follow the instructions set forth in the Master Docket Order.

SO ORDERED this 26th day of April, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE